## IN THE UNITED STATES DISTRICT COURT
## OF THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

MARK ADDUCI, et al.,         )
                                        )
                Plaintiffs,      )     No. 06 C 5925
                                          )
              v.                  )     Judge Manning
                                          )
CITY OF CHICAGO, et al.,     )     Magistrate Judge Mason
                                          )
              Defendants.    )

### NOTICE OF FILING

TO:   Nicholas C. Zagotta        Thomas J. Pleines        Edward M. Maloney
      455 N. Cityfront Plaza    1412 W. Washington Blvd.  9933 Lawler Avenue
      Suite 3100              Chicago, IL 60607        Suite 540
      Chicago, IL 60611                          Skokie, IL 60077

       **PLEASE TAKE NOTICE** that on January 25, 2007, I filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, Memorandum in Further Support of Defendant City of Chicago's Motion To Dismiss Plaintiffs' Complaint.

       **DATED** at Chicago, Illinois, this 25th day of January 2007.

                                   Respectfully submitted,

                                   MARA S. GEORGES
                                   Corporation Counsel
                                   of the City of Chicago

                 By:        s/Jay M. Kertez
                                Jay M. Kertez
                                Senior Counsel

30 N. LaSalle St., Suite 1020
Chicago, Illinois 60602
(312) 744-9212

## IN THE UNITED STATES DISTRICT COURT
## OF THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| MARK ADDUCI, et al., | ) | |
| | ) | |
| Plaintiff, | ) | No. 06 C 5925 |
| | ) | |
| v. | ) | Judge Manning |
| | ) | |
| CITY OF CHICAGO, et al., | ) | Magistrate Judge Mason |
| | ) | |
| Defendant. | ) | |

### MEMORANDUM IN FURTHER SUPPORT OF
### DEFENDANT CITY OF CHICAGO'S
### MOTION TO DISMISS PLAINTIFFS' COMPLAINT

Defendant City of Chicago ("the City"), by its attorney, Mara S. Georges, Corporation Counsel of the City of Chicago, in further support of its Motion to Dismiss Plaintiffs' Complaint, states as follows:

1.  On December 15, 2006, the City filed its Motion to Dismiss Plaintiff's Complaint along with a supporting memorandum. In that complaint, plaintiffs claim that the City violated the Labor Management Relations Act of 1947 ("the LMRA").

2.  On December 20, 2006, this Court set a briefing schedule, requiring plaintiffs to respond to the City's motion to dismiss by January 11, 2007 and the City to reply by January 25, 2007.

3.  To date plaintiffs have not responded to the City's motion to dismiss and have not filed a motion for an extension of time to do so.

4.  This is not surprising because the City is not an "employer" subject to suit under the LMRA. 29 U.S.C. § 152(2). Thus, there is no basis in law for this action against the City.[1]

---

[1] Pursuant to the requirements of Fed. R. Civ. P. 11, on January 10, 2006, the City filed a motion for sanctions against plaintiffs' counsel, which is pending before this Court.

5.     There is no response to which the City can reply.  The City submits this memorandum in further support of its motion to dismiss plaintiffs' complaint in lieu of a reply.

WHEREFORE, defendant City of Chicago requests that this Court dismiss the claims against it in this lawsuit with prejudice and grant any further relief that this Court determines is appropriate.

Respectfully submitted,

MARA S. GEORGES
Corporation Counsel
of the City of Chicago

s/Jay M. Kertez
Jay M. Kertez
Senior Counsel

30 N. LaSalle St., Suite 1020
Chicago, Illinois 60602
(312) 744-9212

-2-

## **CERTIFICATE OF SERVICE**

I certify that on January 25, 2007, I have caused to be electronically filed a true and correct copy of the foregoing Notice of Filing and Memorandum in Further Support of Defendant City of Chicago's Motion To Dismiss Plaintiffs' Complaint, where notice was electronically sent to the attorneys listed on the Notice of Filing.


                                               s/  Jay M. Kertez     

JAY M. KERTEZ
Senior Counsel