IN THE UNITED STATES DISTRICT COURT
OF THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARK ADDUCI, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | No. 06 C 5925 |
| | ) | |
| v. | ) | Judge Manning |
| | ) | |
| CITY OF CHICAGO, et al., | ) | Magistrate Judge Mason |
| | ) | |
| Defendants. | ) | |

### NOTICE OF FILING

TO:  Nicholas C. Zagotta      Thomas J. Pleines           Edward M. Maloney
     455 N. Cityfront Plaza    1412 W. Washington Blvd.    9933 Lawler Avenue
     Suite 3100                Chicago, IL  60607          Suite 540
     Chicago, IL  60611                                    Skokie, IL  60077

**PLEASE TAKE NOTICE** that on February 22, 2007, I filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, Memorandum in Further Support of Defendant City of Chicago's Motion for Sanctions.

**DATED** at Chicago, Illinois, this 22nd day of February 2007.

                                        Respectfully submitted,

                                        MARA S. GEORGES
                                        Corporation Counsel
                                        of the City of Chicago


                              By:    s/Jay M. Kertez
                                     Jay M. Kertez
                                     Senior Counsel

30 N. LaSalle St., Suite 1020
Chicago, Illinois 60602
(312) 744-9212

IN THE UNITED STATES DISTRICT COURT
OF THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARK ADDUCI, et al., | ) | |
| | ) | |
| Plaintiff, | ) | No. 06 C 5925 |
| | ) | |
| v. | ) | Judge Manning |
| | ) | |
| CITY OF CHICAGO, et al., | ) | Magistrate Judge Mason |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM IN FURTHER SUPPORT OF
DEFENDANT CITY OF CHICAGO' S
<u>MOTION FOR SANCTIONS</u>**

Defendant City of Chicago ("the City"), by its attorney, Mara S. Georges, Corporation Counsel of the City of Chicago, in further support of its Motion for Sanctions, states as follows:

1. On January 10, 2997, the City filed its Motion for Sanctions. The grounds for that motion were that plaintiffs' counsel had filed an action against the City under the Labor Management Relations Act of 1947 ("LMRA") for which there is no basis in law. The City is expressly excluded from the definition of "employer' under the LMRA. 29 U.S.C. § 152(2).

2. On January 18, 2007, this Court set a briefing schedule, requiring plaintiffs to respond to the City's Motion for Sanctions by February 8, 207 and the City to reply by February 22, 2007.

3. To date, plaintiffs have not responded to the City's Motion for Sanctions and have not filed a motion for an extension of time to do so.[1]

4. This is not surprising because there is no legal justification for fling this lawsuit, meriting sanctions against plaintiffs' counsel.

---

[1] Plaintiffs also did not respond to the City's motion to dismiss.

5.	There is no response to which the City can reply. The City submits this memorandum in further support of its motion for sanctions in lieu of a reply.

WHEREFORE, defendant City of Chicago requests that this Court impose sanctions against plaintiffs' counsel, Nicholas C. Zagotta and Kelly A. Saindon, including the reasonable attorney's fees and costs the City expended in defending against this baseless lawsuit.

Respectfully submitted,

MARA S. GEORGES
Corporation Counsel
of the City of Chicago

s/Jay M. Kertez
Jay M. Kertez
Senior Counsel

30 N. LaSalle St., Suite 1020
Chicago, Illinois 60602
(312) 744-9212

## **CERTIFICATE OF SERVICE**

I certify that on February 22, 2007, I have caused to be electronically filed a true and correct copy of the foregoing Notice of Filing and Memorandum in Further Support of Defendant City of Chicago's Motion for Sanctions, where notice was electronically sent to the attorneys listed on the Notice of Filing.

                                                      s/ Jay M. Kertez
                                                    JAY M. KERTEZ
                                                    Senior Counsel